**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6743**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

LARRY ROSCOE GUNNELL, JR.,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, District Judge.  (3:99-cr-00022-JRS-1)

Submitted:  September 25, 2012      Decided:  November 6, 2012

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Roscoe Gunnell, Jr., Appellant Pro Se.  Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Roscoe Gunnell, Jr., appeals the district court's order denying his motions for correction of clerical error under Fed. R. Crim. P. 36 and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gunnell, No. 3:99-cr-00022-JRS-1 (E.D. Va. Dec. 16, 2011 & Mar. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED